IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WESLEY D. LEE, | ] |
| Petitioner, | ] |
| vs. | ] CIVIL ACTION NO. 02-LSC-RRA-0982-E |
| BRENT TALLEY, et al., | ] |
| Respondents. | ] |

**<u>MEMORANDUM OPINION</u>**

This is a petition for a writ of habeas corpus, brought pursuant to 28 U.S.C. § 2241. The petitioner, Wesley D. Lee, is a federal prisoner serving a 192-month sentence for narcotics and firearms offenses imposed upon him in 2001, by the United States District Court for the Northern District of Mississippi. In support of his petition, Lee contends that the Bureau of Prisons has unconstitutionally held him in "solitary or punitive segregation" for over eight weeks, without the possibility of an attorney, thus depriving him of his due process rights.

In response to the court's order to show cause, the respondents have filed an answer in which they argue that the petition is due to be dismissed because Lee has not exhausted the administrative remedies available to him and because the petition lacks merit. By order of the court, the parties were advised that the respondent's answer would be treated as a motion for summary judgment. The petitioner was advised that he must comply with Rule 56 of the *Federal Rules of Civil Procedure* in responding to the motion for summary judgment. Lee has not replied to the motion for summary judgment.

Federal inmates seeking habeas relief are required to exhaust the three-tier system of administrative remedy procedures before filing a petition in federal court. The respondent argues, and Lee does not dispute, that he did not exhaust the appropriate administrative remedies with respect to his administrative detention claim. Thus, this petition is due to be dismissed for failure to exhaust administrative remedies.

An appropriate order will be entered.

Done this 26th day of September 2005.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153